PDR NO. 1234-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

| Abraham Campos, | § | In The Court Of Criminal |
| Vs. | § | Appeals Of Texas    at |
| The State Of Texas | § | Austin, Texas |

FILED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

PRO-SE MOTION REQUESTING LEAVE TO FILE AN
ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Abraham Campos, 721237, Appellant/Petitioner in the above styled and numbered cause and respectfully move this Honorable Court to Grant leave to file an original copy of the Petition For Discretionary Review and in support thereof would show to the Court the following:

I.

(1) The style and appeal Number in the Court of Appeals First District at Houston, Texas NO. 01-14-000167-Cr, Trial Court NO. 26,947, 149th District Court of Brazoria County, Texas., Abraham Campos-V.-State Of Texas.

(2) The Appellant/Petitioner moves that pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court Suspends Rule 9.3(B), T.R.A.P., that requires the filing of eleven copies (11) of the Petition For Discretionary Review with the court.

(3) The fact relied upon to show good cause for this request are, as follow: The Appellant is indigent and incarcerated and does not have access to a photo copy machine. The Appellant is presently not represented by Counsel and intends to file a Pro-se Petion For Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, The Appellant/Petitioner respectfully requests that this Honorable Court grant leave to file an Original Copy Only of the Petition For Discretionary Review with the Court.

Respectfully submitted,

/S/ Abraham Campos=TDCJ#721237
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

Appellant Pro-se

1

## CERTIFICATE OF SERVICE

I, Abraham Campos, certify that a true and correct copy of the foregoing "Pro-se Motion Requesting Leave To File An Original Copy Only Of The Petition For Discretionary Review " was forwarded by U.S.Mail, postage prepaid, To: Jeri Yenn, District Attorney of Brazoria County, Texas at 111 E.Locust St., Room 408-A, Angleton, Texas 77515. On this____day of _____ 2015.

/S/ Abraham Campos-#72123
Eastham Unit
2665 Prison Rd.#1
Lovelady, Texas 75851

Appellant Pro-se

2